**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., </br></br>Plaintiffs,</br></br>v.</br></br>PALO ALTO NETWORKS, INC.,</br></br>Defendant. | C.A. No. 22-01538-UNA </br></br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs British Telecommunications plc and BT Americas, Inc. provide notice of the following:

British Telecommunications plc is a wholly owned subsidiary of BT Group Investments Limited. BT Group Investments Limited is a wholly owned subsidiary of BT Group plc, a publicly traded company.

BT Americas, Inc. is a wholly owned subsidiary of BT United States LLC. BT Group plc is the ultimate parent corporation.

[*Remainder of this page intentionally left blank*]

OF COUNSEL:

Bart H. Williams
PROSKAUER ROSE LLP
2029 Century Park East
Suite 2400
Los Angeles, California 90067
310-557-2900
bwilliams@proskauer.com

Baldassare Vinti
Nolan M. Goldberg
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
212-969-3000
bvinti@proskauer.com
ngoldberg@proskauer.com

Edward Wang
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW
Suite 600
Washington, DC 20004
202-416-6800
ewang@proskauer.com

Dated: November 28, 2022

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
   Philip A. Rovner (#3215)
   Jonathan A. Choa (#5319)
   Hercules Plaza
   P.O. Box 951
   Wilmington, DE 19899
   (302) 984-6000
   provner@potteranderson.com
   jchoa@potteranderson.com

*Attorneys for Plaintiff British Telecommunications plc and BT Americas, Inc.*