# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PALO ALTO NETWORKS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 22-01538-CFC <br><br> **JURY TRIAL DEMANDED** |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Bart H. Williams of Proskauer Rose LLP, 2029 Century Park East, Suite 2400, Los Angeles, CA 90067; Baldassare Vinti and Nolan M. Goldberg of Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, and Edward Wang of Proskauer Rose LLP, 1001 Pennsylvania Avenue NW, Suite 600, Washington, DC 20004 to represent Plaintiffs British Telecommunications plc and BT Americas, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

Dated: December 6, 2022
10458320 / 08444.00009

*Attorneys for Plaintiff British Telecommunications plc and BT Americas, Inc.*

## **ORDER GRANTING MOTION**

 IT IS HEREBY ORDERED that counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

Date: _____           _____
                             United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/01/16, I further certify that the annual fee of $25.00

☐    has been paid to the Clerk of the Court

☒    will be submitted to the Clerk's Office upon the filing of this motion


Dated:  December 6, 2022          Signed: */s/ Bart H. Williams*
                                         Bart H. Williams
                                         PROSKAUER ROSE LLP
                                         2029 Century Park East
                                         Suite 2400
                                         Los Angeles, CA 90067
                                         Tel: 310-557-2900
                                         bwilliams@proskauer.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/01/16, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Dated:  December 6, 2022               Signed:  */s/ Baldassare Vinti*
                                                Baldassare Vinti
                                                PROSKAUER ROSE LLP
                                                Eleven Times Square
                                                New York, NY 10036
                                                Tel: 212-969-3000
                                                bvinti@proskauer.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/01/16, I further certify that the annual fee of $25.00

☐   has been paid to the Clerk of the Court

☒   will be submitted to the Clerk's Office upon the filing of this motion


Dated:  December 6, 2022         Signed:  */s/ Nolan M. Goldberg*
                                          Nolan M. Goldberg
                                          PROSKAUER ROSE LLP
                                          Eleven Times Square
                                          New York, NYork 10036
                                          Tel: 212-969-3000
                                          ngoldberg@proskauer.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/01/16, I further certify that the annual fee of $25.00

☐     has been paid to the Clerk of the Court

☒     will be submitted to the Clerk's Office upon the filing of this motion


Dated:  December 6, 2022                    Signed:  */s/ Edward Wang*
                                                     Edward Wang
                                                     PROSKAUER ROSE LLP
                                                     1001 Pennsylvania Avenue NW
                                                     Suite 600
                                                     Washington, DC 20004
                                                     202-416-6800
                                                     ewang@proskauer.com