# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>Defendant. | C.A. No. 22-cv-1538-CFC |

## STIPULATION TO EXTEND TIME

The parties hereby agree, subject to the approval of the Court, that the deadline for Defendant to move, answer, or otherwise respond to the Complaint (D.I. 1) is extended to February 2, 2023.

| | |
|---|---|
| Dated:  December 13, 2022 | Respectfully submitted, |
| POTTER ANDERSON & CORROON LLP | FARNAN LLP |
| /s/  Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com | /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market Str., 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com |
| *Attorneys for Plaintiff British Telecommunications plc and BT Americas, Inc.* | *Attorneys for Defendant Palo Alto Networks, Inc.* |

IT IS SO ORDERED this _____ day of December, 2022.

_____
The Honorable Colm F. Connolly