## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PALO ALTO NETWORKS, INC., <br><br> Defendant. | C.A. No. 22-1538-CJB <br><br> **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER

WHEREAS, Defendant Palo Alto Networks, Inc. ("PAN") moved this Court to dismiss Plaintiff British Telecommunications plc and BT Americas, Inc.'s Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and 35 U.S.C. § 101 (the "Motion"); and

WHEREAS, the Court having considered the Motion and any opposition thereto;

IT IS HEREBY ORDERED this _____ day of _____, 2023, that PAN's Motion is GRANTED and the Complaint (D.I. 1) is DISMISSED WITH PREJUDICE.

_____
The Honorable Christopher J. Burke