# EXHIBIT 1

| '237 Patent, claim 18 (representative) | '237 Patent, claim 1 |
|---|---|
| 18. A security monitoring system for a computer network, comprising:<br><br>a) a plurality of sensors for monitoring components of said network;<br><br>b) at least one secure operations center configured to receive and analyze potentially security-related event data from at least one probe; and<br><br>c) at least one probe, wherein said probe is configured to<br><br>(1) collect status data from at least one sensor monitoring at least one component of said network;<br><br>(2) analyze status data to identify potentially security related events represented in the status data, wherein the analysis includes filtering followed by an analysis of post-filtering residue, wherein the post-filtering residue is data neither discarded nor selected by filtering;<br><br>(3) transmit information about said identified events to an analyst associated with said secure operations center,<br><br>(4) receive feedback based on empirically-derived information reflecting operation of said security monitoring system; and<br><br>(5) dynamically modify an analysis capability of said probe during operation thereof based on said received feedback. | 1. A method of operating a probe as part of a security monitoring system for a computer network, comprising:<br><br>a) collecting status data from at least one monitored component of said network;<br><br>b) analyzing status data to identify potentially security related events represented in the status data, wherein the analysis includes filtering followed by an analysis of post-filtering residue, wherein the post-filtering residue is data neither discarded nor selected by filtering:<br><br>c) transmitting information about said identified events to an analyst associated with said security monitoring system;<br><br>d) receiving feedback at the probe based on empirically derived information reflecting operation of said security monitoring system; and<br><br>e) dynamically modifying an analysis capability of said probe during operation thereof based on said received feedback. |

1

| '237 Patent, claim 18 (representative) | '237 Patent, claim 26 |
|---|---|
| 18. A security monitoring system for a computer network, comprising:<br><br>a) a plurality of sensors for monitoring components of said network;<br><br>b) at least one secure operations center configured to receive and analyze potentially security-related event data from at least one probe; and<br><br>c) at least one probe, wherein said probe is configured to<br><br>(1) collect status data from at least one sensor monitoring at least one component of said network;<br><br>(2) analyze status data to identify potentially security related events represented in the status data, wherein the analysis includes filtering followed by an analysis of post-filtering residue, wherein the post-filtering residue is data neither discarded nor selected by filtering;<br><br>(3) transmit information about said identified events to an analyst associated with said secure operations center,<br><br>(4) receive feedback based on empirically-derived information reflecting operation of said security monitoring system; and<br><br>(5) dynamically modify an analysis capability of said probe during operation thereof based on said received feedback. | 26. A computer-readable medium whose contents cause a computer system to operate a probe as part of a security monitoring system for a computer network, by performing the steps of:<br><br>a) collecting status data from at least one monitored component of said network;<br><br>b) analyzing status data to identify potentially security related events represented in the status data, wherein the analysis includes filtering followed by an analysis of post-filtering residue, wherein the post-filtering residue is data neither discarded nor selected by filtering:<br><br>c) transmitting information about said identified events to an analyst associated with said security monitoring system;<br><br>d) receiving feedback at the probe based on empirically derived information reflecting operation of said security monitoring system; and<br><br>e) dynamically modifying an analysis capability of said probe during operation thereof based on said received feedback. |

| '237 Patent, claim 18 (representative) | '641 Patent, claim 1 |
|---|---|
| 18. A security monitoring system for a computer network, comprising:<br><br>a) a plurality of sensors for monitoring components of said network;<br><br>b) at least one secure operations center configured to receive and analyze potentially security-related event data from at least one probe; and<br><br>c) at least one probe, wherein said probe is configured to<br><br>(1) collect status data from at least one sensor monitoring at least one component of said network;<br><br>(2) analyze status data to identify potentially security related events represented in the status data, wherein the analysis includes filtering followed by an analysis of post-filtering residue, wherein the post-filtering residue is data neither discarded nor selected by filtering;<br><br>(3) transmit information about said identified events to an analyst associated with said secure operations center,<br><br>(4) receive feedback based on empirically-derived information reflecting operation of said security monitoring system; and<br><br>(5) dynamically modify an analysis capability of said probe during operation thereof based on said received feedback. | 1. A system for operating a probe as part of a security monitoring system for a computer network, the system comprising:<br><br>a) a sensor coupled to collect status data from at least one monitored component of the network;<br><br>b) a filtering subsystem coupled to analyze status data to identify potentially security-related events represented in the status data, wherein the analysis includes filtering followed by an analysis of post-filtering residue, wherein the post-filtering residue is data neither discarded nor selected by filtering;<br><br>c) a communications system coupled to transmit information about the identified events to an analyst system associated with the security monitoring system;<br><br>d) a receiver for receiving feedback at the probe based on empirically-derived information reflecting operation of the security monitoring system; and<br><br>e) a modification control system for dynamically modifying an analysis capability of the probe during operation thereof based on the received feedback. |

3