**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 22-01538-CJB |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| PALO ALTO NETWORKS, INC., | ) ) | |
| Defendant. | ) | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs British Telecommunications plc and BT Americas, Inc. ("Plaintiffs") and Defendant Palo Alto Networks, Inc. ("Defendant"), subject to the approval of the Court, that the time for Plaintiffs to respond to Defendant's Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (D.I. 11) and Motion to Transfer Venue Under 28 U.S.C. § 1404(a) (D.I. 13) is extended to March 20, 2023.  The time for Defendant to file Reply Briefs in further support of the motions is extended to April 10, 2023.

POTTER ANDERSON & CORROON LLP          FARNAN LLP


By: */s/ Philip A. Rovner*                              By: */s/ Brian E. Farnan*
    Philip A. Rovner (#3215)                        Brian E. Farnan (#4089)
    Jonathan A. Choa (#5319)                       Michael J. Farnan (#5165)
    P.O. Box 951                                          919 North Market Street
    Wilmington, DE 19899                           12th Floor
    (302) 984-6000                                      Wilmington, DE 19801
    provner@potteranderson.com              (302) 777-0300
    jchoa@potteranderson.com                  bfarnan@farnanlaw.com
                                                              mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*

Dated: February 10, 2023                            *Attorneys for Defendant*

SO ORDERED on this _____ day of February 2023.

 

_____

U.S.M.J.