## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BRITISH TELECOMMUNICATIONS PLC )
and BT AMERICAS, INC., )
                    )
     Plaintiffs, )
                    )     C. A. No. 22-1538-CJB
     V. )
                    )     **JURY TRIAL DEMANDED**
PALO ALTO NETWORKS, INC., )
                    )
     Defendant. )

## DECLARATION OF ANDREW GROSS
## IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE

I, Andrew Gross, declare as follows:

1.    I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.    I was hired by Counterpane Internet Security, Inc. ("Counterpane"), a managed security monitoring service, in 1999.

3.    I am a named inventor of United States Patent Nos. 7,159,237 and 7,895,641, both of which were initially assigned to Counterpane.

4.    I understand that an issue in the above-captioned case is whether I would be available to testify at trial in the State of Delaware, if asked. I will make myself available to provide in-person trial testimony (if called) in the above-captioned case in the District of Delaware federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of March, 2023 in San Jose, California.

Andrew Gross