IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., <br><br>    Plaintiffs, <br><br> V. <br><br> PALO ALTO NETWORKS, INC., <br><br>    Defendant. | C. A. No. 22-1538-CJB <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF JONATHAN D. CALLAS
IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE**

I, Jonathan D. Callas, declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I was hired by Counterpane Internet Security, Inc. ("Counterpane"), a managed security monitoring service.

3. I am a named inventor of United States Patent Nos. 7,159,237 and 7,895,641, both of which were initially assigned to Counterpane.

4. I understand that an issue in the above-captioned case is whether I would be available to testify at trial in the State of Delaware, if asked. I will make myself available to provide in-person trial testimony (if called) in the above-captioned case in the District of Delaware federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of March, 2023, in San José, California.

_____
Jonathan D. Callas