IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PALO ALTO NETWORKS, INC., <br><br> Defendant. | C.A. No. 22-cv-1538-CJB |

**STIPULATION REGARDING WORD INCREASE FOR REPLY BRIEFS**

WHEREAS, on December 28, 2022, Chief Judge Connolly docketed his Standing Order Regarding Briefing in All Cases (the "Briefing Order") (D.I. 8) in this action;

WHEREAS, the case was subsequently reassigned to Your Honor on January 24, 2023;

WHEREAS, on February 2, 2023, Defendant filed its opening briefs (D.I. 12 and 14) in support of its motion to dismiss and motion to transfer in accordance with the word counts in the Briefing Order;

WHEREAS, on March 20, 2023, Plaintiffs filed their answering briefs (D.I. 19 and 21) in accordance with the page limits of the Local Rules and Your Honor's practice but exceeded the word limit in the Briefing Order;

WHEREAS, to avoid a dispute, the parties agree that Defendant shall have additional pages for each of its reply briefs;

NOW, THEREFORE, the parties, subject to the Court's approval, agree that Defendant shall have an additional 5 pages for each of its reply briefs.

| | |
|---|---|
| Dated: March 29, 2023 | Respectfully submitted, |
| POTTER ANDERSON & CORROON LLP | FARNAN LLP |
| /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com | /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market Str., 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com |
| *Attorneys for Plaintiff British Telecommunications plc and BT Americas, Inc.* | *Attorneys for Defendant Palo Alto Networks, Inc.* |

IT IS SO ORDERED this _____ day of March, 2023.

_____
The Honorable Christopher J. Burke