# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PALO ALTO NETWORKS, INC., <br><br> Defendant. | C.A. No. 22-01538-CJB <br><br> **JURY TRIAL DEMANDED** |

### DECLARATION OF ASHWITA SAXENA
### IN SUPPORT OF DEFENDANT MOTION TO TRANSFER
### TO THE NORTHERN DISTRICT OF CALIFORNIA

I, Ashwita Saxena, declare:

1. I hold the position of Manager of Worldwide GTM Business Insight and Analytics at Palo Alto Networks, Inc. ("Palo Alto Networks" or "PAN"). I respectfully submit this declaration in support of Palo Alto Networks' Motion to Transfer to the Northern District of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. PAN's overall bookings attributable to sales occurring in the state of Delaware in 2022 was $███ in direct bookings and $███ in indirect

1

bookings. Bookings attributable to sales occurring in the state of California in 2022 was $███████ in direct bookings and $███████ in indirect bookings. PAN's overall bookings attributable to sales in the United States in 2022 was $███████. "Bookings" are the contract value of deals for the particular time period.

      3.      I have been informed that PA-Series of Next Generation Firewalls are made and assembled by third parties Flextronics Telecom Systems LTD in Milpitas, CA and Super Micro Computer, Inc. in San Jose, CA.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of April, 2023, in Santa Clara, California.

                                                                   _____
                                                                  Ashwita Saxena