

April 17, 2023

**VIA E-FILING**
The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801

      **RE:**    ***British Telecommunications PLC, et al. v. Palo Alto Networks, Inc.***
                 **C.A. No. 22-cv-1538-CJB**

Dear Judge Burke:

      In response the Court's April 12, 2023 Oral Order (D.I. 32), Priyata Patel, a newer attorney, will argue Defendant Palo Alto Networks, Inc.'s Motion to Transfer Venue Under 28 U.S.C. § 1404(a) during the argument scheduled for June 12, 2023 at 11:00 a.m.

      We are available at the Court's convenience should Your Honor have any questions.

                              Respectfully submitted,

                              /s/ Brian E. Farnan

                              Brian E. Farnan

cc:      Counsel of Record (via E-File)