

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

Philip A. Rovner
Partner
Attorney at Law
provner@potteranderson.com
302 984-6140 Direct Phone

June 8, 2023

**VIA E-FILING**

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: *British Telecommunications PLC, et al. v. Palo Alto Networks, Inc.*
D. Del. C.A. No. 22-1538-CJB

Dear Judge Burke:

Plaintiffs British Telecommunications plc and BT Americas, Inc. (collectively, "BT") submit this letter in advance of the hearing on the Motion to Transfer, scheduled for June 12, 2023 (D.I. 32), to provide notice to this Court of a recent update to the statistics relied upon by the parties in their briefings (*see* Opening Brief in Support of Defendant's Motion to Transfer, D.I. 14 at 15 and Answering Brief in Opposition to Transfer Case, D.I. 21 at 18). These updated statistics were published after BT filed its opposition briefing (D.I. 21, filed March 20, 2023).

BT intends to rely upon these updated statistics at the hearing. Excerpts of the statistics are attached to this letter and also available at https://www.uscourts.gov/sites/default/files/data_tables/fcms_na_distprofile0331.2023.pdf.

We are available at the Court's convenience should Your Honor have any questions.

Respectfully,

*/s/ Philip A. Rovner*

Philip A. Rovner

PAR/mas/10859469
cc: Counsel of Record (via E-File)