**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

BRITISH TELECOMMUNICATIONS PLC
and BT AMERICAS, INC.,

    Plaintiffs,

  v.

PALO ALTO NETWORKS, INC.,

    Defendant.

C.A. No. 22-cv-1538-CJB

## <u>STIPULATION EXTENDING DEADLINE</u>

   The parties, subject to the Court's approval, hereby agree that the deadline for Defendant

to respond to Plaintiffs' Motion for Reconsideration of the Court's July 14, 2023 Ruling that the

Asserted Patents are Directed to an Abstract Idea Under Step One of the *Alice* 35 U.S.C. §101

Framework (D.I. 52) is extended to August 21, 2023.

Dated:  August 3, 2023

POTTER ANDERSON & CORROON LLP

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Plaintiff British*
*Telecommunications plc and BT Americas, Inc.*

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendant Palo Alto Networks,*
*Inc.*

IT IS SO ORDERED this _____ day of August, 2023.

         _____
         The Honorable Christopher J. Burke