

August 18, 2023

**VIA E-FILING**
The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801

      **RE:**    *British Telecommunications PLC, et al. v. Palo Alto Networks, Inc.*
                  <u>C.A. No. 22-1538-CJB</u>

Dear Judge Burke:

      In advance of the Scheduling Conference on August 21, 2023 at 10:00 a.m. (D.I. 47), the parties have reached agreement on some provisions of the scheduling order and, where agreement has not been reached, have updated their competing proposals for the schedule as reflected in the chart attached as Exhibit A.

      We are available at the Court's convenience should Your Honor have any questions.

                                          Respectfully submitted,

                                          /s/ Brian E. Farnan

                                          Brian E. Farnan

cc:      Counsel of Record (via E-File)