# EXHIBIT A

| Event | PAN's Proposed Compromise | BT's Proposed Compromise |
|---|---|---|
| Rule 16 Conference | | 8/21/2023 |
| Rule 26(a)(1) Initial Disclosures | | 8/25/2023 |
| Submission of Protective Order | | 9/11/2023 |
| Paragraph 3 Disclosures under Court's Default Standard for Discovery, Including Discovery of Electronically Stored Information | | 9/21/2023 |
| Plaintiff Production of license agreements (¶ 6(a)) | | 60 days after entry of Protective Order |
| If Court Order needed to produce license agreements, Plaintiff shall file any necessary proposed orders no later than | | 45 days after entry of Protective Order |
| Paragraph 6(b) Disclosures[1] (Identification of Accused Products) | | 9/21/2023 |
| Paragraph 6(c) Disclosures (Produce Core Technical Documents) | | 10/17/2023 |
| Paragraph 6(d) Disclosures (Initial Infringement Chart) | | 11/17/2023<br><br>(PAN proposes limiting to 20 claims)<br><br>(BT believes limits are premature at this stage) |
| Paragraph 6(e) Disclosures (Initial Invalidity Chart) | | 12/22/2023<br><br>(PAN proposes prior art combinations limited to 5 per claim) |

---

[1] Rule 16 Scheduling Order - Patent - Revised 03/22 found at https://www.ded.uscourts.gov/judge/magistrate-judge-christopher-j-burke

| | | (BT believes limits are premature at this stage) |
|---|---|---|
| Exchange claim constructions (¶ 12) | **3/22/2024** | **1/23/2024** |
| Submission of Joint Claim Construction Chart (¶ 12) | **4/18/2024** | **2/23/2024** |
| Plaintiffs to serve Opening Claim Construction Brief (¶ 13) | **5/17/2024** | **3/25/2024** |
| Defendants to serve Answering Claim Construction Brief | **6/17/2024** | **4/24/2024** |
| Plaintiffs to serve Reply CCB | **7/01/2024** | **5/8/2024** |
| Defendant to serve sur-reply CCB | **7/15/2024** | **5/22/2024** |
| Interim Status Report | **7/22/2024** | **5/29/2024** |
| Filing of Joint Claim Construction Brief | **7/22/2024** | **5/29/2024** |
| Substantial completion of document production | **8/22/2024** | **6/26/2024** |
| Markman Hearing (¶ 14) | **9/23/2024** | **6/26/2024** |
| Claim Construction Order (Assumed)[2] | **11/22/2024** | **8/26/2024** |
| Joinder of other parties and amendment of pleadings | **12/23/2024** | **9/24/2024** |
| Final infringement contentions (¶ 6(f)) | **12/23/2024** (PAN proposes to limit asserted claims to 10) | 9/24/2024 (BT believes limits are premature at this stage) |
| Final invalidity contentions (¶ 6(g)) | **1/23/2024** (PAN proposes to limit prior art combinations to 3 per claim) | 10/8/2024 (BT believes limits are premature at this stage) |
| Close of fact discovery (¶ 7(a)) | **2/21/2025** | **10/28/2024** |

---

[2] The following deadlines assume the Court will issue its Claim Construction Order on or before the proposed dates.

| | | |
|---|---|---|
| Opening expert reports by the party with initial burden of proof (¶ 7(f)(i)) | **3/14/2025** | **11/18/2024** |
| Rebuttal expert reports | **4/14/2025** | **12/18/2024** |
| Reply expert reports | **4/28/2025** | **1/2/2025** |
| Close of expert discovery | **5/28/2025** | **1/31/2025** |
| Dispositive Motions | **7/14/2025** | **2/18/2025** |
| Objection to Expert Testimony | **7/14/2025** | **2/18/2025** |
| Hearing on Dispositive Motions / Objections | **8/29/2025** | **3/31/2025** |
| Pretrial Conference | **11/14/2025** | **5/30/2025** |
| Trial | **December 2025** | **June 2025** |