# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PALO ALTO NETWORKS, INC., <br><br> Defendant. | C.A. No. 22-01538-CJB <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFFS BRITISH TELECOMMUNICATIONS PLC'S AND BT AMERICAS, INC.'S ANSWER TO DEFENDANT PALO ALTO NETWORKS, INC.'S COUNTERCLAIMS**

Plaintiff and Counterclaim-Defendant British Telecommunications plc and BT Americas, Inc. ("Plaintiff" or "BT") hereby answers Counterclaims I-IV of Defendant and Counterclaim-Plaintiff Palo Alto Networks, Inc. ("Defendant" or "PAN") set forth in Defendant's Answer, Affirmative Defenses, and Counterclaims to Plaintiffs BT's Complaint for Patent Infringement (D.I. 54) as set forth below.

BT responds to PAN's individual allegations using the same paragraph numbers, including headings, that appear in the Counterclaims. All factual allegations not expressly admitted below are denied, including headings that contain any allegations to which BT must respond.

## RESPONSE TO PAN'S COUNTERCLAIMS

1. BT admits that PAN purports to bring this action against BT pursuant to Rule 13 of the Federal Rules of Civil Procedure, for a declaratory judgment on invalidity and non-infringement of the '237 and '641 Patents but denies that PAN is entitled to the relief it seeks. BT

lacks the knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations of paragraph 16.

### RESPONSE TO PAN'S ALLEGATIONS REGARDING PARTIES

2. Admitted.

3. Admitted.

4. Admitted.

### RESPONSE TO PAN'S JURISDICTION AND VENUE ALLEGATIONS

5. BT admits that PAN's counterclaims purport to be for a declaratory judgment of invalidity and non-infringement of the '237 and '641 Patents.

6. BT admits a controversy has arisen and now exists between PAN and BT regarding the validity and alleged infringement of the '237 and '641 Patents.  BT admits this Court has subject matter jurisdiction.  To the extent not expressly admitted, BT denies the allegations in this paragraph.

7. Admitted.

### RESPONSE TO COUNTERCLAIM I
### (DECLARATORY JUDGMENT OF
### NON-INFRINGEMENT OF U.S. PATENT NO. 7,159,237)

8. BT incorporates by reference its answer to all preceding and succeeding paragraphs of PAN's Answer and Counterclaims.

9. Admitted.

10. Admitted.

11. Denied.

12. Denied.

**RESPONSE TO COUNTERCLAIM II**
**(DECLARATORY JUDGMENT OF**
**NON-INFRINGEMENT OF U.S. PATENT NO. 7,895,641)**

13. BT incorporates by reference its answer to all preceding and succeeding paragraphs of PAN's Answer and Counterclaims.

14. Admitted.

15. Admitted.

16. Denied.

17. Denied.

**RESPONSE TO COUNTERCLAIM III**
**(DECLARATORY JUDGMENT OF**
**INVALIDITY OF U.S. PATENT NO. 7,159,237)**

18. BT incorporates by reference its answer to all preceding and succeeding paragraphs of PAN's Answer and Counterclaims.

19. Admitted.

20. Denied.

21. Denied.

**RESPONSE TO COUNTERCLAIM IV**
**(DECLARATORY JUDGMENT OF**
**INVALIDITY OF U.S. PATENT NO. 7,895,641)**

22. BT incorporates by reference its answer to all preceding and succeeding paragraphs of PAN's Answer and Counterclaims.

23. Admitted.

24. Denied.

25. Denied.

## BT'S AFFIRMATIVE DEFENSES

Without admitting or acknowledging that it bears the burden of proof as to any of them, and without waiver, limitation, or prejudice, BT hereby asserts the following affirmative defenses:

## BT'S FIRST AFFIRMATIVE DEFENSE

### (Failure to State Claim)

1. BT realleges and incorporates by reference the allegations set forth in its Complaint, D.I. 1, and the preceding paragraphs of this Answer as though fully set forth herein.

2. Counterclaims I-IV fail to state a cause of action upon which relief may be granted. Each of the Counterclaims seeks a declaration either that PAN has not infringed a patent asserted in this action, or those same patents are invalid. As such, the Counterclaims are duplicative, presenting issues already before the Court in BT's Complaint, and do not serve any useful purpose. Counterclaims I-IV are also conclusory and fail to allege any facts to support the requested relief. Thus, they fail to provide fair notice of the basis for the claims. Declaratory relief is therefore inappropriate and PAN's Counterclaims I-IV fail to allege sufficient facts to state a claim.

## BT'S RESERVATION OF DEFENSES

3. BT's investigation of its defenses is ongoing. BT reserves the right to allege and assert any additional defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the Patent Laws of the United States, and any other defenses at law or in equity that may exist now or that may be available in the future based on discovery and further factual investigation in this action.

4

## BT'S PRAYER FOR RELIEF

WHEREFORE, BT respectfully prays for relief against the Counterclaims as follows:

A.    That each of the Counterclaims be dismissed with prejudice;

B.    For an entry of judgment that Defendant is not entitled to the relief sought, or any other relief, on the Counterclaims;

C.    That the Court award BT the relief sought in its Complaint;

D.    For an entry of judgment declaring that Defendant infringes all claims of the asserted patents;

E.    For an entry of judgment declaring that each and every claim of the asserted patents is valid and enforceable;

F.    For a finding that this case is "exceptional" and an award to BT of its costs and reasonable attorney's fees, as provided by 35 U.S.C. § 285;

G.    That BT be granted all further and other relief as the Court may deem proper and just.

| | |
|---|---|
| OF COUNSEL:<br><br>Bart H. Williams<br>PROSKAUER ROSE LLP<br>2029 Century Park East<br>Suite 2400<br>Los Angeles, California 90067<br>310-557-2900<br>bwilliams@proskauer.com<br><br>Baldassare Vinti<br>Nolan M. Goldberg<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, New York 10036<br>212-969-3000<br>bvinti@proskauer.com<br>ngoldberg@proskauer.com | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ Philip A. Rovner*<br>    Philip A. Rovner (#3215)<br>    Jonathan A. Choa (#5319)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br>    jchoa@potteranderson.com<br><br>*Attorneys for Plaintiff British Telecommunications plc and BT Americas, Inc.* |

Edward Wang
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW
Suite 600
Washington, DC 20004
202-416-6800
ewang@proskauer.com

Dated: August 25, 2023
10986599