

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

Philip A. Rovner
Partner
Attorney at Law
provner@potteranderson.com
302 984-6140 Direct Phone

August 29, 2023

**VIA E-FILING AND HAND DELIVERY**

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

       Re:    *British Telecommunications PLC, et al. v. Palo Alto Networks, Inc.*
                 D. Del. C.A. No. 22-1538-CJB

Dear Judge Burke:

       Pursuant to the Court's Oral Order following the scheduling conference (D.I. 57), the parties have met and conferred regarding the issue of case narrowing and have agreed on the following:

1. <u>Timing.</u>  The number of asserted claims would be limited at the time of the initial infringement contentions, and again, 30 days after the Court's claim construction order.  Prior art combinations would be limited in the initial invalidity contentions and 14 days from Plaintiffs' second narrowing of asserted claims.

2. <u>Number of Asserted Claims.</u>  At the time of the first narrowing (service of BT's initial infringement contentions), BT is limited to asserting 30 claims; at the time of the second narrowing (30 days after the Court's claim construction order), BT is limited to asserting 20 claims.

3. <u>Number of Prior Art Combinations.</u>  At the time of the first narrowing (service of PAN's initial invalidity contentions), PAN is limited to asserting six combinations per claim; at the time of the second narrowing (14 day after BT's second narrowing of asserted claims) 30 days, PAN is limited to asserting 4 combinations per claim.

       Should Your Honor have any questions, counsel are available at the Court's convenience.

                 Respectfully,

                 */s/ Philip A. Rovner*

                 Philip A. Rovner

PAR/mas/10990263