

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

Philip A. Rovner
Partner
Attorney at Law
provner@potteranderson.com
302 984-6140 Direct Phone

September 11, 2023

**VIA E-FILING AND HAND DELIVERY**

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:   *British Telecommunications PLC, et al. v. Palo Alto Networks, Inc.*
              D. Del. C.A. No. 22-1538-CJB

Dear Judge Burke:

      Pursuant to paragraphs 3 and 7(g) of the Scheduling Order (D.I. 62), the parties in the above-referenced matter write to request the scheduling of a teleconference to resolve a protective order dispute.

      The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on September 8, 2023:

**Delaware Counsel**: Jonathan A. Choa (#5319), Michael Farnan

**Lead Counsel**: Nolan A. Goldberg, Edward Wang, Anish Desai, Greg Stephenson, Tom Yu

The dispute requiring judicial attention is listed below:

1. The parties disagree how source code will be made available for inspection.

    o BT proposes the source code be made available for inspection either remotely or in-person near Austin, Texas (the location of its currently-contemplated source code reviewer).

    o PAN does not agree to remote inspection of source code or production in Austin, Texas. PAN agrees to make its own source code available for in-person inspection at its outside counsel's offices in Silicon Valley, New York City, or Washington, DC.

The Honorable Christopher J. Burke
September 11, 2023
Page 2

                                                  Respectfully,

                                                  */s/ Philip A. Rovner*

                                                  Philip A. Rovner

PAR/mas/11046534
cc:  Counsel of Record (via E-File)