# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PALO ALTO NETWORKS, INC., <br><br> Defendant. | C.A. No. 22-1538-CJB <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION FOR VIDEOCONFERENCE
## TO RESOLVE PROTECTIVE ORDER DISPUTE

The parties respectfully move this Court to schedule a videoconference to address an outstanding dispute regarding the drafting of a protective order.

As a result of a previous communication with Chambers, the parties will provide submissions and present their respective positions consistent with the Court's September 12, 2023 oral order (D.I. 66) regarding such disputes during a videoconference on October 10, 2023 at 3:30 p.m. with counsel using the Microsoft Teams platform.

| | |
|---|---|
| Dated: September 13, 2023 | Respectfully submitted, |
| POTTER ANDERSON & CORROON LLP | FARNAN LLP |
| /s/ Philip A. Rovner <br> Philip A. Rovner (#3215) <br> Jonathan A. Choa (#5319) <br> Hercules Plaza <br> P.O. Box 951 <br> Wilmington, DE 19899 <br> (302) 984-6000 <br> provner@potteranderson.com <br> jchoa@potteranderson.com <br><br> *Attorneys for Plaintiff British Telecommunications plc and BT Americas, Inc.* | /s/ Brian E. Farnan <br> Brian E. Farnan (Bar No. 4089) <br> Michael J. Farnan (Bar No. 5165) <br> 919 N. Market Str., 12th Floor <br> Wilmington, DE 19801 <br> Tel: (302) 777-0300 <br> Fax: (302) 777-0301 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br><br> *Attorneys for Defendant Palo Alto Networks, Inc.* |