# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>　　　　　　　Defendant. | C.A. No. 22-1538-CJB<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 20, 2023, a copy of Palo Alto Network, Inc.'s Disclosures Pursuant to Paragraph 3 of the Default Standard for Discovery was served on the following as indicated:

<u>Via E-Mail</u>
Philip A. Rovner
Jonathan A. Choa
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Plaintiff British Telecommunications plc and BT Americas, Inc.*

<u>Via E-Mail</u>
Bart H. Williams
Baldassare Vinti
Nolan M. Goldberg
Edward Wang
PROSKAUER ROSE LLP
bwilliams@proskauer.com
bvinti@proskauer.com
ngoldberg@proskauer.com
ewang@proskauer.com

*Attorneys for Plaintiff British Telecommunications plc and BT Americas, Inc.*

Dated:  September 20, 2023

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Adrian C. Percer (admitted *pro hac vice*)
Gregg T. Stephenson (admitted *pro hac vice*)
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
adrian.percer@weil.com

Anish R. Desai (admitted *pro hac vice*)
Tom Yu (admitted *pro hac vice*)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
anish.desai@weil.com
tom.yu@weil.com

Priyata Y. Patel (admitted *pro hac vice*)
Weil, Gotshal & Manges
2001 M Street, NW Suite #600
Washington, D.C. 20036
Telephone: (202) 682-7000
priyata.patel@weil.com

*Attorneys for Defendant*