## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., ) ) ) Plaintiffs, ) ) v. ) ) PALO ALTO NETWORKS, INC., ) ) Defendant. ) | C.A. No. 22-01538-CJB **JURY TRIAL DEMANDED** |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that prior to 5:00 p.m. on September 21, 2023, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

BT'S PARAGRAPH 4(A) DISCLOSURES AND CERTIFIED PATENTS AND WRAPPERS

### BY EMAIL

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Adrian C. Percer
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000
adrian.percer@weil.com

*Attorneys for Defendant*

Anish R. Desai
Tom Yu
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
 (212) 310-8000
anish.desai@weil.com
tom.yu@weil.com

Priyata Y. Patel
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW Suite #600
Washington, D.C. 20036
Telephone: (202) 682-7000
priyata.patel@weil.com

*Attorneys for Defendant*

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Bart H. Williams<br>PROSKAUER ROSE LLP<br>2029 Century Park East<br>Suite 2400<br>Los Angeles, California 90067<br>310-557-2900<br>bwilliams@proskauer.com | By: */s/ Jonathan A. Choa*_____<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com |
| Baldassare Vinti<br>Nolan M. Goldberg<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, New York 10036<br>212-969-3000<br>bvinti@proskauer.com<br>ngoldberg@proskauer.com | jchoa@potteranderson.com<br><br>*Attorneys for Plaintiff British Telecommunications plc and BT Americas, Inc.* |

Edward Wang
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW
Suite 600
Washington, DC 20004
202-416-6800
ewang@proskauer.com

Dated: September 22, 2023
11070037