**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 22-1538-CJB |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| PALO ALTO NETWORKS, INC., | ) ) | |
| Defendant. | ) | |

**NOTICE REGARDING INTENT TO HAVE NEWER ATTORNEY
PARTICIPATE AT HEARING ON THE PARTIES' PROTECTIVE ORDER DISPUTE**

Pursuant to the Court's Standing Order Regarding Courtroom Opportunities for Newer Attorneys, Plaintiffs Plaintiff British Telecommunications plc and BT Americas, Inc. ("BT") hereby provide notice that BT intends to involve a newer attorney in its presentation at the video conference on the parties' protective order dispute to be held on October 10, 2023 (D.I. 66).

Edward Wang graduated from law school in 2020. He was admitted *pro hac vice* on December 6, 2022 (D.I. 6) and has been substantially involved in the day-to-day management of this matter. He is familiar with the factual record and the applicable law, and will be prepared for the October 10, 2023 videoconference. *See* Standing Order at 2. BT respectfully requests that this Court allow experienced counsel for BT, including Nolan M. Goldberg, to provide assistance when appropriate. *See id.* at 1-2.

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

Bart H. Williams
PROSKAUER ROSE LLP
2029 Century Park East
Suite 2400
Los Angeles, California 90067
310-557-2900
bwilliams@proskauer.com

By: */s/ Philip A. Rovner*_____
     Philip A. Rovner (#3215)
     Jonathan A. Choa (#5319)
     Hercules Plaza
     P.O. Box 951
     Wilmington, DE 19899-0951
     (302) 984-6000
     provner@potteranderson.com
     jchoa@potteranderson.com

Baldassare Vinti
Nolan M. Goldberg
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
212-969-3000
bvinti@proskauer.com
ngoldberg@proskauer.com

*Attorneys for Plaintiff British
Telecommunications plc and
BT Americas, Inc.*

Edward Wang
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW
Suite 600
Washington, DC 20004
202-416-6800
ewang@proskauer.com

Dated: September 28, 2023
11079414

2