

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

Philip A. Rovner
Partner
Attorney at Law
provner@potteranderson.com
302 984-6140 Direct Phone

October 17, 2023

**VIA E-FILING AND HAND DELIVERY**

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

       Re:   *British Telecommunications PLC, et al. v. Palo Alto Networks, Inc.*
            D. Del. C.A. No. 22-1538-CJB

Dear Judge Burke,

Pursuant to the Court's Scheduling Order (D.I. 62), enclosed please find the parties' Proposed Order regarding the production of licenses and settlement agreements regarding U.S. Patent Nos. 7,159,237 and 7,895,641 (the "Asserted Patents").

On August 10, 2023, Plaintiffs requested written consent to produce its confidential licenses covering the Asserted Patents from (1) Samsung Electronics Co., Ltd. and (2) LG Electronics, Inc. and served follow-up letters on September 5, 2023. Plaintiffs have not received a response from either entity and therefore require a Court Order to produce such licenses covering the Asserted Patents.

Plaintiffs have met and conferred with Defendant Palo Alto Networks, Inc., who does not oppose. We are available at the Court's convenience should Your Honor have any questions.

                        Respectfully,

                        */s/ Philip A. Rovner*

                        Philip A. Rovner

Enclosure
cc:  Counsel of Record (via E-File)