# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., <br><br>Plaintiffs,<br><br>v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>Defendant. | C.A. No. 22-01538-CJB <br><br> **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER

Having considered British Telecommunications plc and BT Americas, Inc.'s (collectively, "BT") letter filed on October 17, 2023;

IT IS HEREBY ORDERED this ____ day of October, 2023 that:

1. Within 21 days from the date of this Order, Plaintiffs shall produce the patent licenses covering the patents-in-suit with (1) Samsung Electronics Co., Ltd. ("Samsung") and (2) LG Electronics Inc. ("LGE"), unless Samsung or LGE files a motion objecting to that production within 14 days from the date of this Order.

_____
Magistrate Judge Christopher J. Burke