## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PALO ALTO NETWORKS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) C.A. No. 22-01538-CJB <br><br> **JURY TRIAL DEMANDED** |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that prior to 5:00 p.m. on October 30, 2023, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANT PALO ALTO NETWORKS, INC.'S FIRST SET OF INTERROGATORIES NOS. 1-11

PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANT PALO ALTO NETWORKS, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFFS NOS. 1-64

### BY EMAIL

| | |
|---|---|
| Brian E. Farnan <br> Michael J. Farnan <br> FARNAN LLP <br> 919 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 777-0300 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com | Anish R. Desai <br> Tom Yu <br> WEIL, GOTSHAL & MANGES LLP <br> 767 Fifth Avenue <br> New York, NY 10153 <br>  (212) 310-8000 <br> anish.desai@weil.com <br> tom.yu@weil.com |

Adrian C. Percer
Gregg T. Stephenson
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000
Adrian.percer@weil.com
Gregg.stephenson@weil.com

*Attorneys for Defendant*

OF COUNSEL:

Bart H. Williams
PROSKAUER ROSE LLP
2029 Century Park East
Suite 2400
Los Angeles, California 90067
310-557-2900

Baldassare Vinti
Nolan M. Goldberg
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
212-969-3000

Edward Wang
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW
Suite 600
Washington, DC 20004
202-416-6800

Dated: October 30, 2023
11138255

Priyata Y. Patel
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW Suite #600
Washington, D.C. 20036
Telephone: (202) 682-7000
priyata.patel@weil.com

*Attorneys for Defendant*

POTTER ANDERSON & CORROON LLP

By: */s/ Jonathan A. Choa*
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Attorneys for Plaintiff British Telecommunications plc and BT Americas, Inc.*