# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PALO ALTO NETWORKS, INC., <br><br> Defendant. | C.A. No. 22-1538-CJB <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 3, 2023, a copy of: (i) Defendant's Responses and Objections to Plaintiffs' First Set of Interrogatories (Nos. 1-7) and (ii) Defendant's Responses and Objections to Plaintiffs' First Set of Requests for Production of Documents (Nos. 1-65) was served on the following as indicated:

<u>Via E-Mail</u>
Philip A. Rovner
Jonathan A. Choa
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Plaintiff British Telecommunications plc and BT Americas, Inc.*

<u>Via E-Mail</u>
Bart H. Williams
Baldassare Vinti
Nolan M. Goldberg
Edward Wang
PROSKAUER ROSE LLP
bwilliams@proskauer.com
bvinti@proskauer.com
ngoldberg@proskauer.com
ewang@proskauer.com

*Attorneys for Plaintiff British Telecommunications plc and BT Americas, Inc.*

| | |
|---|---|
| Dated: November 3, 2023 | Respectfully submitted,<br><br>FARNAN LLP<br><br>*/s/ Brian E. Farnan*<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>Adrian C. Percer (admitted *pro hac vice*)<br>Gregg T. Stephenson (admitted *pro hac vice*)<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>adrian.percer@weil.com<br><br>Anish R. Desai (admitted *pro hac vice*)<br>Tom Yu (admitted *pro hac vice*)<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>anish.desai@weil.com<br>tom.yu@weil.com<br><br>Priyata Y. Patel (admitted *pro hac vice*)<br>Weil, Gotshal & Manges<br>2001 M Street, NW Suite #600<br>Washington, D.C. 20036<br>Telephone: (202) 682-7000<br>priyata.patel@weil.com<br><br>*Attorneys for Defendant* |