# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>PALO ALTO NETWORKS, INC., <br><br>Defendant. | C.A. No. 22-01538-CJB <br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that prior to 5:00 p.m. on November 17, 2023, the following documents were served on the following counsel of record at the addresses and in the manner indicated:

INITIAL INFRINGEMENT CONTENTIONS

PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION (NOS. 63-86) TO DEFENDANT PALO ALTO NETWORKS, INC.

## BY EMAIL

| | |
|---|---|
| Brian E. Farnan <br> Michael J. Farnan <br> FARNAN LLP <br> 919 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 777-0300 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com | Anish R. Desai <br> Tom Yu <br> WEIL, GOTSHAL & MANGES LLP <br> 767 Fifth Avenue <br> New York, NY 10153 <br> (212) 310-8000 <br> anish.desai@weil.com <br> tom.yu@weil.com |

| | |
|---|---|
| Adrian C. Percer<br>Gregg T. Stephenson<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>(650) 802-3000<br>Adrian.percer@weil.com<br>Gregg.stephenson@weil.com<br><br>*Attorneys for Defendant* | Priyata Y. Patel<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street, NW Suite #600<br>Washington, D.C. 20036<br>Telephone: (202) 682-7000<br>priyata.patel@weil.com<br><br>*Attorneys for Defendant* |
| OF COUNSEL:<br><br>Bart H. Williams<br>PROSKAUER ROSE LLP<br>2029 Century Park East<br>Suite 2400<br>Los Angeles, California 90067<br>310-557-2900<br><br>Baldassare Vinti<br>Nolan M. Goldberg<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, New York 10036<br>212-969-3000<br><br>Edward Wang<br>PROSKAUER ROSE LLP<br>1001 Pennsylvania Avenue NW<br>Suite 600<br>Washington, DC 20004<br>202-416-6800<br><br>Dated: November 17, 2023 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ Jonathan A. Choa*<br>　　　Philip A. Rovner (#3215)<br>　　　Jonathan A. Choa (#5319)<br>　　　Hercules Plaza<br>　　　P.O. Box 951<br>　　　Wilmington, DE 19899<br>　　　(302) 984-6000<br>　　　provner@potteranderson.com<br>　　　jchoa@potteranderson.com<br><br>*Attorneys for Plaintiff British*<br>*Telecommunications plc and*<br>*BT Americas, Inc.* |

2