## RULE 7.1.1 CERTIFICATION

The undersigned hereby certifies that, after conferring with Plaintiffs' counsel,

Plaintiffs oppose the relief requested in the foregoing motion.


/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)