## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PALO ALTO NETWORKS, INC., <br><br> Defendant, | C.A. No. 22-cv-1538-CJB <br><br> **JURY TRIAL DEMANDED** <br><br> **FILED UNDER SEAL** |

### DECLARATION OF BRIAN E. FARNAN IN SUPPORT OF DEFENDANT PALO ALTO NETWORKS, INC.'S BRIEF IN SUPPORT OF ITS <u>MOTION TO STAY PENDING *INTER PARTES* REVIEW</u>

1.  I, Brian E. Farnan, hereby declare as follows:

2.  I am an attorney at law with FARNAN LLP, counsel of record for Defendant Palo Alto Networks, Inc. ("Palo Alto Networks") in the above-captioned matter. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

3.  Attached hereto as Exhibit 1 is a true and correct copy of the Patent Trial and Appeal Board's Decision Granting Institution of *Inter Partes* Review of U.S. Patent No. 7,895,641, dated November 17, 2023.

4.  Attached hereto as Exhibit 2 is a true and correct copy of the Patent Trial and Appeal Board's Decision Denying Institution of *Inter Partes* Review of U.S. Patent No. 7,159,237, dated November 17, 2023.

5.  Attached hereto as Exhibit 3 is a true and correct copy of an excerpted portion of Plaintiffs' Objections and Responses to Defendant's First Set of Interrogatories (Nos. 1-11).

6.  Attached hereto as Exhibit 4 is a true and correct copy of Palo Alto Networks Inc.'s "End-of-Life Summary," available at https://www.paloaltonetworks.com/services/support/end-of-life-announcements/end-of-life-summary (last accessed November 30, 2023).

7.  Attached hereto as Exhibit 5 is a true and correct copy of Plaintiffs' Initial Infringement Contentions.

8.  Attached hereto as Exhibit 6 is a true and correct copy of Plaintiffs' Amended Identification of Accused Products Pursuant to Paragraph 4(a) of the Default Standard for Discovery.

9.  Attached hereto as Exhibit 7 is a true and correct copy of Defendant's Claim Comparisons Between U.S. Patent No. 7,159,237 and U.S. Patent No. 7,895,641.

10. Attached hereto as Exhibit 8 is a true and correct copy of an excerpted portion of Exhibit A to Plaintiffs' Preliminary Infringement Contentions.

11. Attached hereto as Exhibit 9 is a true and correct copy of a document titled "PTAB Trial Statistics FY23 Q3 Outcome Roundup IPR, PGR," available at https://www.uspto.gov/sites/default/files/documents/ptab_aia_fy2023_q3__roundup.pdf (last accessed November 30, 2023).

I declare under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: December 4, 2023

/s/ Brian E. Farnan
Brian E. Farnan

*Attorney for Palo Alto Networks, Inc.*