IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., <br><br>　　　　Plaintiffs, <br><br>　　　　V. <br><br>PALO ALTO NETWORKS, INC., <br><br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) )　C. A. No. 22-1538-CJB <br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER
## OF PARTIAL DISMISSAL OF CLAIMS

WHEREAS, Plaintiffs British Telecommunications plc and BT Americas, Inc. ("BT") brought claims of patent infringement of U.S. Pat. Nos. 7,895,641 (the "'641 Patent"), *see* D.I. 1 at Count II, and 7,159,237 (the "'237 Patent"), *see* D.I. 1 at Count I, against Defendant Palo Alto Networks, Inc. ("PAN");

WHEREAS, the Parties have consented to a dismissal of Count II;

NOW, THEREFORE,

IT IS HEREBY STIPULATED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims of infringement regarding the '641 Patent against PAN are dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees associated with the litigation of the '641 Patent.

2

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | FARNAN LLP |
| By: */s/ Philip A. Rovner*<br>   Philip A. Rovner (#3215)<br>   Jonathan A. Choa (#5319)<br>   Hercules Plaza<br>   P.O. Box 951<br>   Wilmington, DE 19899<br>   (302) 984-6000<br>   provner@potteranderson.com<br>   jchoa@potteranderson.com | By: */s/ Brian E. Farnan*<br>   Brian E. Farnan<br>   Michael J. Farnan<br>   919 North Market Street<br>   12th Floor<br>   Wilmington, DE 19801<br>   (302) 777-0300<br>   bfarnan@farnanlaw.com<br>   mfarnan@farnanlaw.com |
| *Attorneys for Plaintiff British Telecommunications plc and BT Americas, Inc.* | *Attorneys for Defendant Palo Alto Networks, Inc.* |

Dated: December 7, 2023

       SO ORDERED this ____ day of December, 2023.

                                              _____
                                              The Honorable Christopher J. Burke