IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PALO ALTO NETWORKS, INC., <br><br> Defendant. | C.A. No. 22-01538-CJB <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF EDWARD WANG
IN OPPOSITION TO DEFENDANT'S MOTION TO STAY**

I, Edward Wang, declare as follows:

1. I am an Associate at Proskauer Rose LLP and am counsel of record for British Telecommunications plc and BT Americas, Inc. (collectively, "BT") in the above-captioned case.

2. Attached as **Exhibit 1** is a true and correct copy of the statistics retrieved from *https://law.lexmachina.com/federal-court/appeals/court/cafc/cases?filed_on-from=2012-01-01&filed_on-to=&origin-include=52&filters=true&tab=federal_appeals_timing&view=analytics* on December 6, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of December, 2023 in Washington, DC.

/s/ *Edward Wang*
Edward Wang