IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>PALO ALTO NETWORKS, INC., <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 22-01538-CJB <br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER
OF PARTIAL DISMISSAL OF COUNTERCLAIMS**

WHEREAS, Plaintiffs British Telecommunications plc and BT Americas, Inc. ("BT") brought claims of patent infringement of U.S. Pat. Nos. 7,895,641 (the "'641 Patent"), *see* D.I. 1 at Count II, and 7,159,237 (the "'237 Patent"), *see* D.I. 1 at Count I, against Defendant Palo Alto Networks, Inc. ("PAN");

WHEREAS, PAN brought counterclaims for invalidity and non-infringement of the '641 Patent (*see* D.I. 54 at Count II and Count IV) and the '237 Patent (*see* D.I. 54 at Count I and Count III);

WHEREAS, the parties stipulated to the dismissal of BT's claims of patent infringement of the '641 Patent with prejudice, which was so ordered on December 7, 2023 (D.I. 104);

WHEREAS, the parties stipulate to the dismissal of Count II and Count IV of PAN's counterclaims for invalidity and non-infringement of the '641 Patent (*see* D.I. 54 at Count II and Count IV);

NOW, THEREFORE,

IT IS HEREBY STIPULATED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all counterclaims of non-infringement and invalidity regarding the '641 Patent are dismissed

without prejudice.  Each party shall bear its own costs, expenses, and attorneys' fees associated with the litigation of the '641 Patent.

| POTTER ANDERSON & CORROON LLP | FARNAN LLP |
|---|---|
| By: */s/ Philip A. Rovner*<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br><br>*Attorneys for Plaintiff British Telecommunications plc and BT Americas, Inc.* | By: */s/ Brain E. Farnan*<br>Brian E. Farnan<br>Michael J. Farnan<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Defendant Palo Alto Networks, Inc.* |

Dated: December 15, 2023

SO ORDERED this _____ day of December, 2023.

_____
The Honorable Christopher J. Burke