# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PALO ALTO NETWORKS, INC., <br><br> Defendant. | C.A. No. 22-01538-CJB <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SUBSEQUENT DEVELOPMENTS

Pursuant to Local Rule 7.1.2(b), Plaintiffs British Telecommunications plc and BT Americas, Inc. ("BT") hereby notifies the Court of the following subsequent developments in this case since July 28, 2023, when BT filed a Motion for Reconsideration (D.I. 52) of the Court's July 14, 2023 ruling that the asserted patents were directed to an abstract idea under step one of the *Alice* 35 U.S.C. § 101 framework.

On December 7, 2023, this Court entered the Stipulation and Order of Partial Dismissal of Claims (D.I. 104), which dismissed BT's claims regarding the '641 Patent against PAN with prejudice. On December 18, 2023, this Court entered the Stipulation and Order of Partial Dismissal of Counterclaims (D.I. 110), which dismissed PAN's counterclaims regarding the '641 Patent against BT without prejudice. The dismissal of the '641 Patent has now mooted BT's Motion for Reconsideration with respect to the '641 Patent. However, the Motion for Reconsideration with respect to the '237 Patent remains ripe.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Bart H. Williams<br>PROSKAUER ROSE LLP<br>2029 Century Park East<br>Suite 2400<br>Los Angeles, California 90067<br>310-557-2900 | By: */s/ Philip A. Rovner*<br>   Philip A. Rovner (#3215)<br>   Jonathan A. Choa (#5319)<br>   Hercules Plaza<br>   P.O. Box 951<br>   Wilmington, DE 19899<br>   (302) 984-6000<br>   provner@potteranderson.com<br>   jchoa@potteranderson.com |
| Baldassare Vinti<br>Nolan M. Goldberg<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, New York 10036<br>212-969-3000 | *Attorneys for Plaintiff British Telecommunications plc and BT Americas, Inc.* |

Edward Wang
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW
Suite 600
Washington, DC 20004
202-416-6800

Dated: December 19, 2023
11217708