IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 22-01538-CJB |
| PALO ALTO NETWORKS, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Jonathan A. Choa, Esquire, of Potter Anderson & Corroon LLP, hereby withdraws his appearance as counsel for British Telecommunications PLC and BT Americas, Inc. ("BT").  All other counsel of record on behalf of BT remain in this case.

POTTER ANDERSON & CORROON LLP

By: */s/ Jonathan A. Choa*_____
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    jchoa@potteranderson.com

*Attorneys for Plaintiff British Telecommunications plc and BT Americas, Inc.*

Dated: December 28, 2023