# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., </br></br>Plaintiffs,</br></br>v.</br></br>PALO ALTO NETWORKS, INC.,</br></br>Defendant. | C.A. No. 22-01538-CJB</br></br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that prior to 5:00 p.m. on January 23, 2024, the following document was served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFFS' PRELIMINARY LIST OF
PROPOSED CLAIM TERMS AND PROPOSED CONSTRUCTIONS

## BY EMAIL

| | |
|---|---|
| Brian E. Farnan</br>Michael J. Farnan</br>FARNAN LLP</br>919 North Market Street, 12th Floor</br>Wilmington, DE 19801</br>(302) 777-0300</br>bfarnan@farnanlaw.com</br>mfarnan@farnanlaw.com | Anish R. Desai</br>Tom Yu</br>WEIL, GOTSHAL & MANGES LLP</br>767 Fifth Avenue</br>New York, NY 10153</br> (212) 310-8000</br>anish.desai@weil.com</br>tom.yu@weil.com |
| Adrian C. Percer</br>Gregg T. Stephenson</br>WEIL, GOTSHAL & MANGES LLP</br>201 Redwood Shores Parkway</br>Redwood Shores, CA 94065</br>(650) 802-3000</br>Adrian.percer@weil.com</br>Gregg.stephenson@weil.com | Priyata Y. Patel</br>WEIL, GOTSHAL & MANGES LLP</br>2001 M Street, NW Suite #600</br>Washington, D.C. 20036</br>(202) 682-7000</br>priyata.patel@weil.com</br></br>*Attorneys for Defendant* |
| *Attorneys for Defendant* | |

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Bart H. Williams<br>PROSKAUER ROSE LLP<br>2029 Century Park East<br>Suite 2400<br>Los Angeles, California 90067<br>310-557-2900 | By: */s/ Philip A Rovner*<br>    Philip A. Rovner (#3215)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com |
| Baldassare Vinti<br>Nolan M. Goldberg<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, New York 10036<br>212-969-3000 | *Attorneys for Plaintiff British Telecommunications plc and BT Americas, Inc.* |

Edward Wang
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW
Suite 600
Washington, DC 20004
202-416-6800

Dated: January 24, 2023
11284910