# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PALO ALTO NETWORKS, INC., <br><br> Defendant. | C.A. No. 22-1538-CJB <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 12, 2024, a copy of Palo Alto Networks, Inc.'s First Supplemental Initial Invalidity Contentions was served on the following as indicated:

<u>Via E-Mail</u>
Philip A. Rovner
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
provner@potteranderson.com

*Attorneys for Plaintiff British Telecommunications plc and BT Americas, Inc.*

<u>Via E-Mail</u>
Bart H. Williams
Baldassare Vinti
Nolan M. Goldberg
Edward Wang
PROSKAUER ROSE LLP
bwilliams@proskauer.com
bvinti@proskauer.com
ngoldberg@proskauer.com
ewang@proskauer.com

*Attorneys for Plaintiff British Telecommunications plc and BT Americas, Inc.*

Dated:  February 13, 2024          Respectfully submitted,

                                                   FARNAN LLP

                                                   */s/ Brian E. Farnan*
                                                   Brian E. Farnan (#4089)
                                                   Michael J. Farnan (#5165)
                                                   919 North Market Street, 12th Floor
                                                   Wilmington, DE 19801
                                                   (302) 777-0300
                                                   bfarnan@farnanlaw.com
                                                   mfarnan@farnanlaw.com

                                                   Adrian C. Percer (admitted *pro hac vice*)
                                                   Gregg T. Stephenson (admitted *pro hac vice*)
                                                   Weil, Gotshal & Manges LLP
                                                   201 Redwood Shores Parkway
                                                   Redwood Shores, CA 94065
                                                   Telephone: (650) 802-3000
                                                   adrian.percer@weil.com

                                                   Anish R. Desai (admitted *pro hac vice*)
                                                   Tom Yu (admitted *pro hac vice*)
                                                   Weil, Gotshal & Manges LLP
                                                   767 Fifth Avenue
                                                   New York, NY 10153
                                                   Telephone: (212) 310-8000
                                                   anish.desai@weil.com
                                                   tom.yu@weil.com

                                                   Priyata Y. Patel (admitted *pro hac vice*)
                                                   Weil, Gotshal & Manges
                                                   2001 M Street, NW Suite #600
                                                   Washington, D.C. 20036
                                                   Telephone: (202) 682-7000
                                                   priyata.patel@weil.com

                                                   *Attorneys for Defendant*