## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 22-01538-CJB |
| PALO ALTO NETWORKS, INC., | ) ) | |
| Defendant. | ) ) | |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to the Scheduling Order (D.I. 62), Plaintiffs British Telecommunications plc and BT Americas, Inc. (collectively, "Plaintiffs") and Defendant Palo Alto Networks, Inc. ("Defendant") hereby file this Joint Claim Construction Chart for terms found within U.S. Patent No. 7,159,237.

**Section I** below sets forth a list of claim terms and their respective constructions on which the parties have agreed. **Section II** sets forth the disputed claim terms that need to be briefed during claim construction, the constructions proposed by the Plaintiffs and Defendant, and the intrinsic evidence the parties believe supports their proposed constructions. Plaintiffs and Defendant reserve the right to rely on any intrinsic evidence cited by the other party. **Section III** sets forth the terms Defendant identified as indefinite, which do no need to be briefed during claim construction. A copy of the **'237 Patent is attached as Exhibit A** and those portions of the intrinsic record relied upon are attached as Exhibits B through X.

The parties reserve their right to amend and/or supplement their positions in this Joint Claim Construction Chart with additional intrinsic evidence in their claim construction briefs to rebut positions taken by the other party.

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
  Philip A. Rovner (#3215)
  Hercules Plaza
  P.O. Box 951
  Wilmington, DE 19899
  (302) 984-6000
  provner@potteranderson.com

Bart H. Williams
PROSKAUER ROSE LLP
2029 Century Park East
Suite 2400
Los Angeles, California 90067
310-557-2900
bwilliams@proskauer.com

Baldassare Vinti
Nolan M. Goldberg
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
212-969-3000
bvinti@proskauer.com
ngoldberg@proskauer.com

Edward Wang
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW
Suite 600
Washington, DC 20004
202-416-6800
ewang@proskauer.com

*Attorneys for Plaintiff British
Telecommunications plc and BT Americas,
Inc.*

FARNAN LLP

By: /s/ Brian E. Farnan
  Brian E. Farnan (Bar No. 4089)
  Michael J. Farnan (Bar No. 5165)
  919 N. Market St., 12th Floor
  Wilmington, DE 19801
  (302) 777-0300
  (302) 777-0301 (Fax)
  bfarnan@farnanlaw.com
  mfarnan@farnanlaw.com

Adrian C. Percer (*admitted pro hac vice*)
Gregg T. Stephenson (*admitted pro hac
vice*)
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
adrian.percer@weil.com
gregg.stephenson@weil.com

Anish R. Desai (*admitted pro hac vice*)
Ian Moore (*admitted pro hac vice*)
Tom Yu (*admitted pro hac vice*)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
anish.desai@weil.com
tom.yu@weil.com

Priyata Y. Patel (*admitted pro hac vice*)
Weil, Gotshal & Manges LLP
2001 M Street, NW Suite #600
Washington, D.C. 20036
Telephone: (202) 682-7000
priyata.patel@weil.com

*Attorneys for Defendant
Palo Alto Networks, Inc.*

Dated:  February 23, 2024

# JOINT CLAIM CONSTRUCTION CHART

## I.      Terms Not in Dispute

| No. | Term for Construction | Agreed Construction |
|---|---|---|
| 1. | "dynamically"<br><br>Claim(s):<br>1, 18, 26 | During actual operation, rather than offline. |
| 2. | "status data"<br><br>Claim(s):<br>1-2, 6, 10, 14, 16, 18, 24-26 | data extracted from or generated about the traffic or system processing it that is informative as to the status of the network and its components |
| 3. | "probe"<br><br>Claim(s):<br>1, 6, 10, 14, 18, 24-26 | a component that collects data from one or more network components to which it is attached, filters or otherwise analyzes the data that has been collected, transmits noteworthy information, and receives feedback in order to update its capabilities of analysis |
| 4. | "A method of operating a probe as part of a security monitoring system for a computer network, comprising:"<br><br>Claim(s):<br>1 | Preamble is limiting. |
| 5. | "an analyst associated with said [security monitoring system] / [secure operations center]"<br><br>Claim(s):<br>1, 18, 26 | Personnel specializing in the analysis of network attacks. |

## II.    Terms in Dispute, which need to be briefed

| No. | Term for Construction | Plaintiffs' Construction | Plaintiffs' Intrinsic Evidence | Defendant's Construction | Defendant's Intrinsic Evidence |
|---|---|---|---|---|---|
| 1. | "post-filtering residue, wherein the post-filtering residue is data neither discarded nor selected by filtering"<br><br>Claims:<br>1, 18, 26 | status data that undergoes negative and positive filtering, but is neither discarded by such negative filtering nor selected by such positive filtering | **'237 Patent (Ex. A):**<br>Fig. 1, Fig. 2, 4:37-5:43, 8:35-9:35, Claim 1, Claim 18, Claim 26<br><br>**'237 Patent Prosecution History Excerpts (Ex. C):**[1] Jan. 19, 2001 Application as Filed; March 26, 2004 Non-Final Rejection; July 29, 2004 Amendment; Jan. 13, 2005 Final Rejection; April 13, 2005 Amendment Under 37 C.F.R. 1.116; April 28, 2005 Advisory Action; July 6, 2005 Second Amendment Under 37 C.F.R. 1.116; Oct. 3, 2005 Non-Final Rejection; Feb. 7, 2006 Amendment; July 12, 2006 Notice of Allowability | Plain and ordinary meaning. | **'237 Patent (Ex. A):**<br>Abstract;<br>Figures 1-3;<br>1:60-2:2, 3:4-20, 5:19-37, 8:35-59, 15:53-16:14;<br>Claims 1, 3, 4, 5, 7, 8, 9, 11, 12, 13, 14, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 32, 33, 34, 36, 37, 38, 39.<br><br>**'641 Patent (Ex. B):**<br>Claims 1, 3, 4, 5, 7, 8, 9, 11, 12, 13, 14.<br><br>**'237 Patent Prosecution History Excerpts (Ex. C):**<br>March 26, 2004 Non-Final Rejection;<br>July 29, 2004 Amendment;<br>Jan. 13, 2005 Final Rejection;<br>April 13, 2005 Amendment Under 37 C.F.R. 1.116;<br>April 28, 2005 Advisory Action; |

---

[1] For citations to documents filed before the USPTO, Plaintiffs and Defendant rely upon each of the sections within the Asserted Patent specification or prior art cited by Plaintiffs or the Examiner in the document, as well as what Plaintiffs or the Examiner had to say in citing each such section for support.