## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITHISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>Defendant. | C.A. No. 22-1538-CJB<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT'S MOTION FOR CLAIM CONSTRUCTION

Defendant respectfully requests that the Court adopt its claim construction positions set forth in the Join Claim Construction Chart (D.I. 118).

Dated: February 23, 2024

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301 (Fax)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Adrian C. Percer (*admitted pro hac vice*)
Gregg T. Stephenson (*admitted pro hac vice*)
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
adrian.percer@weil.com
gregg.stephenson@weil.com

Anish R. Desai (*admitted pro hac vice*)
Tom Yu (*admitted pro hac vice*)

-2-

        Ian Moore (*admitted pro hac vice*)
        Weil, Gotshal & Manges LLP
        767 Fifth Avenue
        New York, NY 10153
        Telephone: (212) 310-8000
        anish.desai@weil.com
        tom.yu@weil.com
        ian.moore@weil.com

        Priyata Y. Patel (*admitted pro hac vice*)
        Weil, Gotshal & Manges LLP
        2001 M Street, NW Suite #600
        Washington, D.C. 20036
        Telephone: (202) 682-7000
        priyata.patel@weil.com

        *Attorneys for Defendant*