IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 22-01538-CJB |
| PALO ALTO NETWORKS, INC., | ) ) ) | |
| Defendant. | ) ) | |

**MOTION FOR CLAIM CONSTRUCTION**

British Telecommunications plc and BT Americas, Inc., respectfully request that the Court adopt the claim construction positions of British Telecommunications plc and BT Americas, Inc. set forth in the Joint Claim Construction Chart (D.I. 119).

OF COUNSEL:

Bart H. Williams
PROSKAUER ROSE LLP
2029 Century Park East
Suite 2400
Los Angeles, California 90067
310-557-2900

Baldassare Vinti
Nolan M. Goldberg
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
212-969-3000

Edward Wang
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW
Suite 600
Washington, DC 20004
202-416-6800

Dated: February 23, 2024
11349433

POTTER ANDERSON & CORROON LLP

By:  /s/ Philip A. Rovner
     Philip A. Rovner (#3215)
     Hercules Plaza
     P.O. Box 951
     Wilmington, DE 19899
     (302) 984-6000
     provner@potteranderson.com

*Attorneys for Plaintiff British Telecommunications plc and BT Americas, Inc.*