IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PALO ALTO NETWORKS, INC., <br><br> Defendant. | C.A. No. 22-1538-CJB <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT'S MOTION TO STAY PENDING EX PARTES REEXAMINATION**

Defendant, by and through its undersigned counsel, hereby moves to stay this action pending *ex partes* reexamination ("Motion").[1]  Defendant's opening letter brief in support of its Motion is filed concurrently herewith.

Dated: May 15, 2024

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301 (Fax)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Adrian C. Percer (*admitted pro hac vice*)
Gregg T. Stephenson (*admitted pro hac vice*)
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

---

[1] Pursuant to D. Del. LR 7.1.1, the parties met and conferred on the Motion and Plaintiff indicated it opposes the relief sought herein.

Telephone: (650) 802-3000
adrian.percer@weil.com
gregg.stephenson@weil.com

Anish R. Desai (*admitted pro hac vice*)
Tom Yu (*admitted pro hac vice*)
Ian Moore (*admitted pro hac vice*)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
anish.desai@weil.com
tom.yu@weil.com
ian.moore@weil.com

Priyata Y. Patel (*admitted pro hac vice*)
Weil, Gotshal & Manges LLP
2001 M Street, NW Suite #600
Washington, D.C. 20036
Telephone: (202) 682-7000
priyata.patel@weil.com

*Attorneys for Defendant*