IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PALO ALTO NETWORKS, INC., <br><br> Defendant. | C.A. No. 22-1538-CJB <br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER**

Having considered Defendant's motion to stay pending *ex partes* reexamination ("Motion") and any response thereto, the Court hereby grants the Motion. This action is stayed pending the outcome of the *ex parte* reexamination proceedings regarding U.S. Patent No. 7,159,237 through any appeal.

SO ORDERED this \_\_\_ day of _____, 2024.

_____
The Honorable Christopher J. Burke