**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
302.984.6000
potteranderson.com



Philip A. Rovner
Partner
Attorney at Law
provner@potteranderson.com
302 984-6140 Direct Phone

May 29, 2024

<u>**VIA E-FILING AND HAND DELIVERY**</u>

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:   <u>*British Telecommunications PLC, et al. v. Palo Alto Networks, Inc.*
               D. Del. C.A. No. 22-1538-CJB</u>

Dear Judge Burke:

      Pursuant to Paragraph 11 of the Scheduling Order (*see* D.I. 62), Plaintiffs British Telecommunications plc and BT Americas, Inc. hereby submit their Technology Tutorial.

                                           Respectfully,

                                           */s/ Philip A. Rovner*

                                           Philip A. Rovner (#3215)

PAR/mas/11533926
Enclosure
cc:  Counsel of Record (via E-File)