**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



Philip A. Rovner
Partner
Attorney at Law
provner@potteranderson.com
302 984-6140 Direct Phone

May 29, 2024

**VIA E-FILING AND HAND DELIVERY**

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:     *British Telecommunications PLC, et al. v. Palo Alto Networks, Inc.*
        D. Del. C.A. No. 22-1538-CJB

Dear Judge Burke:

Pursuant to Paragraph 14 of the Court's Scheduling Order (D.I. 62), I write on behalf of all parties regarding the June 27, 2024 Claim Construction Hearing.

Neither party intends to request leave to present testimony at the hearing.  The parties request the Court reserve 1.5 hours for the hearing with the time for argument split evenly between the parties.  The parties propose grouping related terms in the manner in which they were briefed and addressing the following in the listed order.

| Term | Party Presenting First |
|---|---|
| **The Filtering-Related Terms**<br>"post-filtering residue, wherein the post-filtering residue is data neither discarded nor selected by filtering" / "analysis includes filtering" / "filtering" | Plaintiffs BT |
| "security-related events" / "identify potentially security-related events represented in the status data" | Plaintiffs BT |

Defendant Palo Alto Networks Inc. ("PAN") believes that the Motion to Stay Pending *Ex Parte* Reexamination ("Stay Motion") (D.I. 130) can be decided on the papers, and that, therefore, the Court need not hold a hearing on August 19, 2024 prior to issuing its decision.  To the extent that Court deems that a hearing is necessary, PAN respectfully requests that the Court reserve an additional 30 minutes on June 27, 2024 immediately following the Claim Construction Hearing to hear argument on PAN's Stay Motion.

The Honorable Christopher J. Burke
May 29, 2024
Page 2

Plaintiffs British Telecommunications plc and BT Americas Inc. believes that the Stay Motion can be decided on the papers and a hearing is not needed.  Should the Court determine that a hearing is necessary, BT finds no reason to deviate from the August 19 hearing date set by the Court (D.I. 132).

Should Your Honor have any questions, we are available at the Court's convenience.

Respectfully,

/s/ Philip A. Rovner

Philip A. Rovner (#3215)

PAR/mas/11534299
Enclosure
cc:  Counsel of Record (via E-File)