**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



Philip A. Rovner
Partner
Attorney at Law
provner@potteranderson.com
302 984-6140 Direct Phone

May 29, 2024

**VIA E-FILING AND HAND DELIVERY**

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    *British Telecommunications PLC, et al. v. Palo Alto Networks, Inc.*
               D. Del. C.A. No. 22-1538-CJB

Dear Judge Burke:

      Pursuant to Paragraph 15 of the Court's Scheduling Order (D.I. 62), Plaintiff British Telecommunications plc and BT America's Inc. ("BT") and Defendant Palo Alto Networks, Inc. ("PAN") provide the following interim status report on the nature of the matters in issue and the progress of discovery to date.

**Nature of the Matters in Issue**

      This is a patent infringement case.  BT originally asserted two patents, U.S. Patent No. 7,159,237 ("'237 Patent") and U.S. Patent No. 7,895,641 ("'641 Patent") against PAN.  BT stipulated to the dismissal of the '641 Patent, with prejudice, on December 7, 2023.  Accordingly, only the '237 Patent remains in this case.

      Claim construction briefing is complete and the Markman Hearing is scheduled for June 27, 2024, at 11 AM.  *See* D.I. 62, ¶13-14.

      PAN filed a motion to stay this case pending an *ex parte* reexamination for the '237 Patent on May 15, 2023.  *See* D.I. 130.  The hearing for the stay motion is scheduled for August 19, 2024.  *See* D.I. 132.

**Progress of Discovery**

      The parties have produced some documents pursuant to Paragraph 6(a)-(e) of the Scheduling Order.  The parties have also made Rule 26(a) disclosures and disclosures pursuant to Paragraph 3 of the Default Standard for Discovery of Electronically Stored Information ("ESI").

The Honorable Christopher J. Burke
May 29, 2024
Page 2

      Near the outset of the case, both parties served interrogatories and requests for production and written responses and objections thereto.

      The deadline for the substantial completion of document production is June 26, 2024. *See* D.I. 62, ¶7(b).

      During the course of discovery, BT has raised issues with PAN's production of documents and PAN has raised issues with BT's production of documents.  The parties have met and conferred several times and anticipate further discussions.

      Respectfully,

      */s/ Philip A. Rovner*

      Philip A. Rovner (#3215)

PAR/mas/11534308
Enclosure
cc:  Counsel of Record (via E-File)