


May 29, 2024

**VIA HAND DELIVERY**
The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

    Re:    *BT Americas, Inc., et al. v. Palo Alto Networks, Inc.*
              <u>C.A. No. 22-cv-1538-CJB</u>

Dear Judge Burke:

    Enclosed please find two copies of Defendant's Technology Tutorial.

    We are available at the Court's convenience should Your Honor have any questions.

                                    Respectfully submitted,

                                    /s/ Michael J. Farnan

                                    Michael J. Farnan

cc: Counsel of Record (Via E-Filing)