IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., | ) ) ) |
| Plaintiffs, | ) ) ) C.A. No. 22-01538-CJB |
| v. | ) ) **JURY TRIAL DEMANDED** |
| PALO ALTO NETWORKS, INC., | ) ) |
| Defendant. | ) |

**JOINT APPENDIX TO JOINT CLAIM CONSTRUCTION BRIEF**
**[VOLUME 1 OF 3]**

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

OF COUNSEL

Bart H. Williams
PROSKAUER ROSE LLP
2029 Century Park East
Suite 2400
Los Angeles, California 90067
310-557-2900
bwilliams@proskauer.com

Baldassare Vinti
Nolan M. Goldberg
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
212-969-3000
bvinti@proskauer.com
ngoldberg@proskauer.com

Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
FARNAN LLP
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301 (Fax)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

OF COUNSEL

Adrian C. Percer (*admitted pro hac vice*)
Gregg T. Stephenson (*admitted pro hac vice*)
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
adrian.percer@weil.com
gregg.stephenson@weil.com

Anish R. Desai (*admitted pro hac vice*)
Ian Moore (*admitted pro hac vice*)
Tom Yu (*admitted pro hac vice*)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
anish.desai@weil.com
tom.yu@weil.com

Edward Wang
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW
Suite 600
Washington, DC 20004
202-416-6800
ewang@proskauer.com

*Attorneys for Plaintiff British*
 *Telecommunications plc and BT Americas,*
 *Inc.*

Priyata Y. Patel (*admitted pro hac vice*)
Weil, Gotshal & Manges LLP
2001 M Street, NW Suite #600
Washington, D.C. 20036
Telephone: (202) 682-7000
priyata.patel@weil.com

*Attorneys for Defendant*
*Palo Alto Networks, Inc.*

## TABLE OF CONTENTS

| Ex. | Description | Page Nos. |
|---|---|---|
|  | **Asserted Patent and Related Patent** |  |
| A | U.S. Patent No. 7,159,237 to Schneier et al. ('237 Patent) | JA-0000001 – JA-0000031 |
| B | U.S. Patent No. 7,895,641 to Schneier et al. ('641 Patent) | JA-0000032 – JA-0000059 |
|  | **Excerpts of Prosecution Histories** |  |
| C | Excerpts of the Prosecution History for U.S. Patent Application No. 09/766,343 (the "'237 Patent Prosecution History") | JA-0000060 – JA-0000132 |
| D | Excerpts of the Prosecution History for U.S. Patent Application No. 11/551,606 (the "'641 Patent Prosecution History") | JA-0000133 – JA-0000171 |
|  | **Excerpts of Inter Partes Review ("IPR") Proceedings** |  |
| E | IPR2019-01325, Petition for Inter Partes Review of U.S. Patent No. 7,159,237 | JA-0000172 – JA-0000251 |
| F | IPR2019-01325, Patent Owner Preliminary Response | JA-0000252 – JA-0000325 |
| G | IPR2019-01325, Ex. 2001, Declaration of Wenke Lee | JA-0000326 – JA-0000435 |
| H | IPR2019-01325, Ex. 2002, Declaration of Bruce Schneier | JA-0000436 – JA-0000501 |
| I | IPR2019-01325, Decision Denying Inter Partes Review | JA-0000502 – JA-0000524 |
| J | IPR2019-01324, Petition for Inter Partes Review of U.S. Patent No. 7,895,641 | JA-0000525 – JA-0000611 |
| K | IPR2019-01324, Patent Owner Preliminary Response | JA-0000612 – JA-0000682 |
| L | IPR2019-01324, Ex. 2001, Declaration of Wenke Lee | JA-0000683 – JA-0000824 |
| M | IPR2019-01324, Ex. 2002, Declaration of Bruce Schneier | JA-0000825 – JA-0000890 |
| N | IPR2019-01324, Decision Granting Inter Partes Review | JA-0000891 – JA-0000932 |
| O | IPR2023-00888, Petition for Inter Partes Review of U.S. Patent No. 7,159,237 | JA-0000933 – JA-0001012 |
| P | IPR2023-00888, Patent Owner Preliminary Response | JA-0001013 – JA-0001087 |
| Q | IPR2023-00888, Ex. 2001, Declaration of Wenke Lee | JA-0001088 – JA-0001210 |
| R | IPR2023-00888, Ex. 2002, Declaration of Bruce Schneier | JA-0001211 – JA-0001276 |
| S | IPR2023-00888, Decision Denying Inter Partes Review | JA-0001277 – JA-0001299 |

| | | |
|---|---|---|
| T | IPR2023-00889, Petition for Inter Partes Review of U.S. Patent No. 7,895,641 | JA-0001300 – JA-0001399 |
| U | IPR2023-00889, Patent Owner Preliminary Response | JA-0001400 – JA-0001475 |
| V | IPR2023-00889, Ex. 2001, Declaration of Wenke Lee | JA-0001476 – JA-0001617 |
| W | IPR2023-00889, Ex. 2002, Declaration of Bruce Schneier | JA-0001618 – JA-0001683 |
| X | IPR2023-00889, Decision Granting Inter Partes Review | JA-0001684 – JA-0001741 |
| | **Answering Claim Construction Brief** | |
| Y | Declaration of Dr. John Villasenor in Support of Defendant Palo Alto Network, Inc.'s Answering Claim Construction Brief | JA-0001742 – JA-0001758 |
| Z | Stalling, "Cryptography and Network Security," 5th Edition (2011) | JA-0001759 – JA-0001797 |
| AA | Saiedian, Hossein, "Computer Security: Principles and Practice," (2014) | JA-0001798 – JA-0001824 |
| BB | Strom, D., "The Packet Filter: A Basic Network Security Tool," (Sept. 25, 2000) | JA-0001825 – JA-0001829 |
| CC | Chapman, D., "Network (In)Security Through IP Packet Filtering" | JA-0001830 – JA-0001843 |
| DD | McGraw-Hill Dictionary, 5th Edition, definition of "filter" | JA-0001844 – JA-0001846 |
| EE | Plaintiffs' Preliminary Infringement Contentions | JA-0001847 – JA-0001996 |
| FF | Merriam Webster's Dictionary, 10th Edition, definition of "empirical" | JA-0001997 – JA-0002000 |

Dated:  May 29, 29024

| POTTER ANDERSON & CORROON LLP | FARNAN LLP |
|---|---|
| By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com | By: /s/ Michael J. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>(302) 777-0301 (Fax)<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com |
| OF COUNSEL:<br><br>Bart H. Williams<br>PROSKAUER ROSE LLP<br>2029 Century Park East<br>Suite 2400<br>Los Angeles, California 90067<br>310-557-2900<br>bwilliams@proskauer.com<br><br>Baldassare Vinti<br>Nolan M. Goldberg<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, New York 10036<br>212-969-3000<br>bvinti@proskauer.com<br>ngoldberg@proskauer.com<br><br>Edward Wang<br>PROSKAUER ROSE LLP<br>1001 Pennsylvania Avenue NW<br>Suite 600<br>Washington, DC 20004<br>202-416-6800<br>ewang@proskauer.com<br><br>*Attorneys for Plaintiff British Telecommunications plc and BT Americas, Inc.* | OF COUNSEL:<br><br>Adrian C. Percer (*admitted pro hac vice*)<br>Gregg T. Stephenson (*admitted pro hac vice*)<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>adrian.percer@weil.com<br>gregg.stephenson@weil.com<br><br>Anish R. Desai (*admitted pro hac vice*)<br>Ian Moore (*admitted pro hac vice*)<br>Tom Yu (*admitted pro hac vice*)<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>anish.desai@weil.com<br>tom.yu@weil.com<br><br>Priyata Y. Patel (*admitted pro hac vice*)<br>Weil, Gotshal & Manges LLP<br>2001 M Street, NW Suite #600<br>Washington, D.C. 20036<br>Telephone: (202) 682-7000<br>priyata.patel@weil.com<br><br>*Attorneys for Defendant Palo Alto Networks, Inc.* |