**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

BRITISH TELECOMMUNICATIONS PLC
and BT AMERICAS, INC.,

                Plaintiffs,

    v.

PALO ALTO NETWORKS, INC.,

                Defendant.

C.A. No. 22-1538-CJB

**JURY TRIAL DEMANDED**

## DEFENDANT'S MOTION FOR CLAIM CONSTRUCTION

Defendant respectfully requests that the Court adopt the claim construction positions of

Defendant set forth in the Joint Claim Construction Brief (D.I. 142).

Dated: May 29, 2024

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301 (Fax)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Adrian C. Percer (*admitted pro hac vice*)
Gregg T. Stephenson (*admitted pro hac vice*)
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
adrian.percer@weil.com
gregg.stephenson@weil.com

Anish R. Desai (*admitted pro hac vice*)
Tom Yu (*admitted pro hac vice*)

Ian Moore (*admitted pro hac vice*)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
anish.desai@weil.com
tom.yu@weil.com
ian.moore@weil.com

Priyata Y. Patel (*admitted pro hac vice*)
Weil, Gotshal & Manges LLP
2001 M Street, NW Suite #600
Washington, D.C. 20036
Telephone: (202) 682-7000
priyata.patel@weil.com

*Attorneys for Defendant*