IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC and BT AMERICAS, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 22-01538-CJB ) |
| PALO ALTO NETWORKS, INC., | ) ) |
| Defendant. | ) ) |

## PLAINTIFFS' RE-FILED MOTION FOR CLAIM CONSTRUCTION

British Telecommunications plc and BT Americas, Inc., respectfully request that the Court adopt the claim construction positions of British Telecommunications plc and BT Americas, Inc. set forth in the Joint Claim Construction Brief (D.I. 142).

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Bart H. Williams
PROSKAUER ROSE LLP
2029 Century Park East
Suite 2400
Los Angeles, California 90067
310-557-2900

Baldassare Vinti
Nolan M. Goldberg
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
212-969-3000

Edward Wang
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue NW
Suite 600
Washington, DC 20004
202-416-6800

By: */s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Plaintiff British Telecommunications plc and BT Americas, Inc.*

Dated: May 29, 2024
11532716