**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
302.984.6000
potteranderson.com

Potter Anderson

**Philip A. Rovner**
Partner
Attorney at Law
provner@potteranderson.com
302 984-6140 Direct Phone

October 23, 2026

**VIA E-FILING AND HAND DELIVERY**

The Honorable Christopher J. Burke
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: *British Telecommunications PLC, et al. v. Palo Alto Networks, Inc.*
D. Del. C.A. No. 22-1538-CJB

Dear Judge Burke:

Pursuant to the Court's June 9, 2025 Oral Order (D.I. 154), Plaintiffs British Telecommunications plc and BT Americas, Inc. (collectively, "BT") and Defendant Palo Alto Networks, Inc. ("PAN") (together, the "parties") jointly write to notify the Court that the second ex parte reexamination ("EPR") proceeding regarding U.S. Patent No. 7,159,237 (the "'237 patent") has been completed with all claims confirmed. **Because the parties are engaged in settlement discussions, however, the parties respectfully request that the stay be continued for an additional sixty (60) days to allow the parties to continue to pursue a resolution to this dispute.**

On February 16, 2024, PAN filed a request for EPR of the '237 patent, the sole remaining patent-in-suit which the United States Patent and Trademark Office ("PTO") instituted on all claims on May 14, 2024. On June 20, 2024, the Court stayed this case pending completion of the First EPR and ordered the parties to jointly notify the Court by letter within 10 days of its completion. D.I. 150. On January 30, 2025, the PTO issued a Notice of Intent to Issue Reexamination Certificate in the First EPR confirming the patentability of all claims, and on February 24, 2025, the First EPR concluded with the issuance of Reexamination Certificate C1 confirming the patentability of all claims.

On February 4, 2025, PAN filed a second request for EPR against all claims of the '237 patent. On May 30, 2025, the Court ordered the parties to file a joint status report on the EPR proceeding (D.I. 152), which the parties submitted on June 6, 2025 (D.I. 153). On June 9, 2025, the Court ordered that the case remain stayed for the duration of the Second EPR and that the parties jointly notify the Court by letter within 10 days of its completion. D.I. 154.

The Second EPR is now complete. On July 21, 2026, the PTO issued a Notice of Intent to Issue Ex Parte Reexamination Certificate confirming the patentability of all claims. On October 15, 2026, the PTO issued Ex Parte Reexamination Certificate No. US 7,159,237 C2, which makes no amendments to the patent and states that "[t]he patentability of claims 1-42 is confirmed." Ex. A. All claims of the '237 patent, including all asserted claims, have therefore emerged from both EPR proceedings unamended and confirmed.

With the Second EPR concluded, the basis for the stay no longer exists. The parties are presently engaged in settlement discussions and believe those discussions would benefit from a limited additional period without litigation activity. To conserve the resources of the Court and the parties, the parties respectfully request that the stay remain in effect for an **additional sixty (60) days** from the date of the Court's order, after which the stay would be lifted. The parties further propose that, within fourteen (14) days after the stay is lifted, they file a joint status report and proposed amended scheduling order or, if the matter is resolved before then, appropriate dismissal papers.

We are available at the Court's convenience should Your Honor have any questions.

Respectfully,

*/s/ Philip A. Rovner*

Philip A. Rovner (#3215)

PAR/mas/13205122
Enclosure
cc: Counsel of Record (via E-File)